# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733


Date:            October 11, 2013

Case Numbers: 03-11-00831-CR & 03-11-00832-CR
Trial Court Nos: D-1-DC-08-300752-A & D-1-DC-08-300753-A


Style:           Ex parte Safiq Karedia

---

You are hereby notified that the appellant's motion for en banc reconsideration was overruled on the date noted above.  Also, the enclosed opinion was sent this date to the following persons:

> Please note:  In criminal cases, the attorney representing the defendant on appeal shall, within five days after the opinion is handed down, send his client a copy of the opinion and judgment, along with notification of the defendant's right to file a *pro se* petition for discretionary review under Rule 68. This notification shall be sent certified mail, return receipt requested, to the defendant at his last known address. The attorney shall also send the court of appeals a letter certifying his compliance with this rule and attaching a copy of the return receipt within the time for filing a motion for rehearing. *See* Tex. R. App. P. 48.4.


The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX  78626
* DELIVERED VIA E-MAIL *

Mr. Joseph A. Turner
Law Office of Joseph A. Turner, P.C.
1504 West Avenue
Austin, TX  78701

The Honorable Amalia Rodriguez-Mendoza
Civil District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

The Honorable Clifford Brown
P.O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

Ms. Georgette Hogarth
Assistant District Attorney
Travis County
P. O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

The Honorable Lisa C. McMinn
State Prosecuting Attorney
P. O. Box 13046
Austin, TX  78711
* DELIVERED VIA E-MAIL *